## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANKEN ENERGY CORPORATION,  )<br>)<br>Plaintiff,  )<br>vs.  )<br>)<br>HUNT FAMILY INVESTMENTS,  )<br>LLC,  )<br>)<br>Defendant.  ) | NO.  CIV-17-1158-HE<br>(Consolidated Number) |
| THOMAS P. HOGAN, ET AL.,  )<br>)<br>Plaintiffs,  )<br>vs.  )<br>)<br>RANKEN ENERGY CORPORATION,  )<br>ET AL.,  )<br>)<br>Defendants.  ) | NO.  CIV-18-0086-HE |

## ORDER

Defendants' unopposed motion to consolidate [Doc. #13] filed in case number CIV-18-0086-HE is **GRANTED**.  That case is consolidated with case number CIV-17-1158-HE.  The consolidated case shall proceed under case number **CIV-17-1158-HE**.

**IT IS SO ORDERED**.

Dated this 3rd day of May, 2018.

_____
JOE HEATON
CHIEF U.S. DISTRICT JUDGE